UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)
--------------------------------------------------------------X
In re:

1499 Fulton Realty LLC,

                                      Case No.: 25-44448-jmm
                                      (Chapter 7)

             Debtor.
--------------------------------------------------------------X

## NOTICE OF MOTION FOR IN REM RELIEF FROM THE AUTOMATIC STAY

PLEASE TAKE NOTICE that upon the motion of Radharani Properties LLC, by its counsel Berg & David PLLC, the undersigned will move this court for an Order

(i) pursuant to 11 U.S.C. 362(d)(4)(A), for in rem relief from the automatic stay with respect to the real property described as 1499 Fulton Ave. Brooklyn N.Y. and 174-22 125Th Avenue Jamaica N.Y. 11434; (ii) pursuant to 11 U.S.C. §362(d)(1) & (2) for relief from the automatic stay for cause; (iii) pursuant to F.R.B.P. 4001(a)(3), granting waiver of the 14 day stay; (iv) for such other and further relief as is just and proper.

This motion will be heard remotely at the United States Bankruptcy Court, Eastern District of New York, 270 Cadman Plaza Brooklyn, NY on the 9th day of December 2025 at 11:00 a.m. or as soon thereafter as counsel can be heard.

All hearings before Judge Jil Mazer Marino will be conducted remotely, by telephone or video as the Court deems appropriate, until further notice. It is not necessary to contact the Courtroom Deputy to request prior authorization to appear remotely, whether via telephone or video.

Please use eCourt Appearances to register to appear at a hearing. To register, please provide your name, address, e-mail address, telephone number on the hearing date, and if appropriate, the

party that you represent. Please be sure to register at least two business days before your hearing. You will receive instructions on how to access the remote hearing via e-mail two business days before the hearing. On your hearing date, please connect at least ten minutes before your scheduled hearing time, and keep your audio and video on mute until your case is called.

If you have a CM/ECF account, you may access eCourt Appearances in the "Utilities" menu after logging into CM/ECF. If you do not have a CM/ECF account, you may access eCourt Appearances on the Court's website at https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl. Additional information about eCourt Appearances, including a tutorial on how to use the program, is available at https://www.nyeb.uscourts.gov/registering-remote-hearing-appearance using ecourt-appearances. For more information, please see https://www.nysb.uscourts.gov/content/judge-sean-h-lane.

PLEASE TAKE FURTHER NOTICE, that answering affidavits, if any, must be served so as to be received not later than seven (7) days before the return date of this motion.

Dated: November 17, 2025
      Inwood, N.Y.

**Berg & David PLLC**

*/s/ Ross Eisenberg*
372 Doughty Blvd.
Inwood, N.Y. 11096
Tel: 718-989-1392

To:

1499 Fulton Realty LLC
47 Brook Road
Valley Stream, N.Y. 11581