UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)
--------------------------------------------------------------X
In re:

1499 Fulton Realty LLC,

                                                     Case No.: 25-44448-jmm
                                                     (Chapter 7)

                      Debtor.
--------------------------------------------------------------X

## ORDER MODIFYING THE AUTOMATIC STAY AND GRANTING IN REM RELIEF

Upon the motion, dated November 17, 2025 (the "Motion"), of Creditor, Radharani Properties LLC (with any subsequent successor or assign, the "Creditor"), moves for an order, pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code"), granting in rem relief and vacating the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code as to the Creditor's interests in the property known as 1499 Fulton Street Brooklyn N.Y. 11216 and 174-22 125th Ave. Jamaica N.Y. 11434 (the "Property") to allow the Creditor's enforcement of its rights in, and remedies in and to, the Property; and due and proper notice of the Motion having been made on all necessary parties; and the Court having held a hearing on the Motion on December 9, 2025; and the above-captioned debtor (the "Debtor") having not opposed the relief requested in the Motion; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing, it is hereby

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED, that the automatic stay in effect pursuant to 11 U.S.C. §362(a) is hereby modified pursuant to 11 U.S.C. §362(d)(1) as Radharani Properties LLC, its agents, assigns or successors in interest, so that Radharani Properties LLC, its agents, assigns or successors in interest, may pursue their rights under applicable law with respect to the Property; and it is

further

ORDERED, that pursuant to 11 U.S.C. §362(d)(4), the Court finds that the filing of the petition was part of a scheme to hinder, delay or defraud creditors as to the Property and that any future bankruptcy filings by anyone including but not limited to 1499 Fulton Realty LLC shall not operate as an automatic stay affecting the Property, except that the Debtor may request to reimpose the automatic stay on notice to the Movant; and it is further

ORDERED, that if recorded in compliance with the applicable state laws governing notice of interest or liens in real property, and the terms of this Order shall be binding in any other case under this title purporting to affect the Property, located in the Borough of Kings, and identified as Block: 1857, Lot: 12 and the property located in the Borough of Queens Block 12521 Lot 86 filed not later than two years after the date of the entry of this Order pursuant to 11 U.S.C. §362(d)(4).

Dated: _____ __, 2025
Brooklyn, New York

_____
UNITED STATES BANKRUPTCY JUDGE