UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re

1499 FULTON REALTY LLC,　　　　　　　　　Case No. 1-25-44448 (jmm)
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7

　　　　　　Debtor.
-------------------------------------------------------X

## ORDER DISMISSING CASE

Upon the motion ("Motion") of Lori Lapin Jones, as Trustee for the above-captioned debtor ("Debtor"), and the affirmation of the Trustee in support of the Motion [ECF No. 7]; and upon the Affidavit of Certificate [ECF No. 9]; and the hearing held on January 20, 2026; and the Court finding that the relief requested is in the best interests of the estate, it is hereby

**ORDERED** that the Trustee's motion to dismiss this case is granted, and this case is hereby dismissed.



Dated: January 29, 2026
　　　　Brooklyn, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Jil Mazer-Marino
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge