| Information to identify the case: | | |
|---|---|---|
| Debtor: 1499 Fulton Realty LLC (Name) | EIN: 27–5024095 | |
| United States Bankruptcy Court  Eastern District of New York | Date case filed for chapter: | 7   9/17/25 |
| Case number: 1–25–44448–jmm | | |

# NOTICE OF DISMISSAL OF CASE

**NOTICE IS HEREBY GIVEN THAT:**

The above−named debtor(s) having filed a Chapter 7 petition in bankruptcy on September 17, 2025, and an order having been signed by the Honorable Jil Mazer−Marino, United States Bankruptcy Judge, on January 29, 2026 for the dismissal of said petition.

You are notified that the petition of the above−named debtor(s) has been dismissed.

Notice is further given that if there are any outstanding filing fees due, they must be paid in full to the Clerk of Court upon receipt of this notice.

Dated: January 29, 2026

For the Court, Paul Dickson, Clerk of Court

**BLnod.jsp** [Notice of Dismissal rev. 03/07/17]