# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 1/29/2026 |
| Case: 1−25−44448−jmm | Form ID: 227 | Total: 7 |

**Recipients of Notice of Electronic Filing:**
tr          Lori Lapin Jones          ljones@jonespllc.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          1499 Fulton Realty LLC          47 Brook Road          Valley Stream, NY 11581
smg          NYS Department of Taxation & Finance          Bankruptcy Unit          PO Box 5300          Albany, NY 12205
smg          NYS Unemployment Insurance          Attn: Insolvency Unit          Bldg. #12, Room 256          Albany, NY 12240
smg          Office of the United States Trustee          Eastern District of NY (Brooklyn)          Alexander Hamilton Custom
House          One Bowling Green, Room 510          New York, NY 10004−1408
10569604          RADHARANI PROPERTIES LLC          C/O BERG & DAVID, PLLC          372 DOUGHERTY
BLVD.          INWOOD, N.Y., 11096
10583829          Radharani Properties LLC          C/O Berg & David PLLC          372 Doughty Blvd.          Inwood, N.Y. 11096

TOTAL: 6